**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | |
|---|---|
| **HEATHER R. MARTIN,** § | |
| Plaintiff, § | |
| § | **CASE NUMBER 9:20-CV-130** |
| v. § | |
| § | |
| **KILOLO KIJAKAZI** § | |
| Acting Commissioner of Social Security, § | |
| Defendant. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge. The parties have not objected to the magistrate judge's findings. In his Report and Recommendation, U.S. Magistrate Judge Zack Hawthorn recommended the following:

1. Plaintiff's application for attorney's fees be granted;

2. The Commissioner of Social Security pay Heather R. Martin, in care of her attorney, Ronald D. Honig, an attorney fee in the amount of $4,818.80, and it should be mailed to: Heather R. Martin, in care of her attorney, Ronald D. Honig, at his office address, 9330 LBJ Frwy., Suite 870, Dallas, TX 75243;

3. This award be subject to any beneficial, contractual and/or assignment-based interests held by the Plaintiff's attorney; and

4. If successful at the administrative level, the Plaintiff be granted an extension of thirty days from receipt of the Notice of Award from the Social Security Administration to file a motion for attorney's fees under 42 U.S.C. § 406(b).

Both parties have agreed to the amount to be paid to the Plaintiff. Accordingly, the Court

**ORDERS** that the United States Magistrate Judge's *Report and Recommendation* (Dkt. 27) is **ADOPTED**.

**SIGNED** this the **18** day of **July, 2022.**

_____
Thad Heartfield
United States District Judge